UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| TRACEY NUTTALL, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. 3:12-CV-314-TLS-CAN |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On June 28, 2012, this matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) to conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for the disposition of Plaintiff's complaint. On September 19, 2012, this Court issued a scheduling order establishing a deadline of October 30, 2012, for Plaintiff to file her opening Social Security brief. Because no brief was filed, on February 8, 2013, the Court issued an order to show cause directing Plaintiff to explain, by March 1, 203, why she failed to comply with this Court's order and why her case should not be dismissed for failure to prosecute their claim. As of this date, Plaintiff has still not responded to this Court's initial scheduling order or the order to show cause, despite this Court's warning pursuant to *Timms v. Frank*, 953 F.2d 281, 285–86 (7th Cir. 1992) and *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982), that failure to do so may result in a dismissal of her case.

Under Fed. R. Civ. P. 41, a plaintiff's case may be dismissed for his failure to prosecute his claim or to comply with court orders. Plaintiff has failed to comply with two court orders, and has provided no written documentation explaining her inaction. This Court can only assume

that Plaintiff has abandoned her case. Consequently, for the aforementioned reasons, this Court

RECOMMENDS that Plaintiff's case be **DISMISSED WITHOUT PREJUDICE**.

> **NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed.R.Civ.P. 72(b)(2). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 8th Day of April, 2013.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge
