# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TRACEY NUTTALL,                      ) | |
|                                      ) | |
|     Plaintiff,   ) | |
|                                      ) | |
| v.                                   ) | CAUSE NO.: 3:12-CV-314-TLS |
|                                      ) | |
| MICHAEL J. ASTRUE, Commissioner of   ) | |
| Social Security                      ) | |
|                                      ) | |
|     Defendant.   ) | |

## ORDER

This matter is before the Court on the Report and Recommendation [ECF No. 15] of United States Magistrate Judge Christopher A. Nuechterlein, which was filed on April 8, 2013. In his Report and Recommendation, Magistrate Judge Nuechterlein recommends that the Plaintiff's case be dismissed for failure to prosecute his claim or to comply with Court orders. The Plaintiff has failed to comply with two Court orders, and has provided no written documentation explaining her inaction. Magistrate Judge Nuechterlein also gave notice that within fourteen (14) days after being served with a copy of this recommended disposition, a party may serve and file specific, written objections to the proposed findings or recommendations.

This Court's review of a magistrate's report and recommendation is governed by 28 U.S.C. § 636(b)(1), which provides in part:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

The statute permits objections to the magistrate's report and recommendations to be made within

fourteen (14) days of service of a copy of the report. *Id.*; *see also* Fed. R. Civ. P. 72(b) (setting forth procedures for objecting to a magistrate's report and recommendation and the district court's resolution of any objections).

The Court has reviewed the Report and Recommendation submitted by Magistrate Judge Nuechterlein and finds that his proposed disposition is well taken. As of the date of this Order, no objection to the Report and Recommendation has been filed, and the time for making objections has now passed. Having reviewed the Report and Recommendation prepared by Magistrate Judge Nuechterlein , the Court ADOPTS the Report and Recommendation [ECF No. 15] in its entirety and DISMISSES this cause of action WITHOUT PREJUDICE for the reasons set forth in Magistrate Judge Nuechterlein's analysis.

SO ORDERED on May 8, 2013.

                                                    s/ Theresa L. Springmann
                                                   THERESA L. SPRINGMANN
                                                   UNITED STATES DISTRICT COURT
                                                   FORT WAYNE DIVISION